The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Gregory Edward Leonard, II
    v. Commonwealth of Virginia
    Record No. 0135-15-1
    Opinion rendered by Judge Russell on
    April 26, 2016

2. Charles Jayson Beck, s/k/a Charles Jason Beck
    v. Commonwealth of Virginia
    Record No. 0997-15-1
    Opinion rendered by Judge Russell on
    April 26, 2016

3. Cynthia Leatrice Porter
    v. Commonwealth of Virginia
    Record No. 0738-15-3
    Opinion rendered by Judge Petty on
    May 3, 2016

4. Lashant Leonardo White
    v. Commonwealth of Virginia
    Record No. 0767-15-1
    Opinion rendered by Judge Decker on
    May 10, 2016

5. Arthur Amil Zebbs
    v. Commonwealth of Virginia
    Record No. 0933-15-1
    Opinion rendered by Judge AtLee on
    May 17, 2016

6. Lamarr Ramon Masean Smith
    v. Commonwealth of Virginia
    Record No. 1117-15-1
    Opinion rendered by Chief Judge Huff on
    May 17, 2016

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Quyen Vinh Phan Le
   v. Commonwealth of Virginia
   Record No. 0850-14-4
   Opinion rendered by Judge O'Brien
     on July 28, 2015
   Petition for appeal refused and petition for rehearing denied (151309)

2. Edgar Edmundo Moreno
   v. Commonwealth of Virginia
   Record No. 1216-14-4
   Opinion rendered by Judge Beales
     on August 11, 2015
   Petition for appeal refused and petition for rehearing denied (151383)

3. Antonio Hall, a/k/a Antonio Barrow
   v. Commonwealth of Virginia
   Record No. 2141-14-1
   Opinion rendered by Judge Beales
     on November 10, 2015
   Refused (151907)

4. Kirk T. Milam
   v. Sheila J. Milam
   Record No. 0079-15-4
   Opinion rendered by Judge Petty
     on November 17, 2015
   Dismissed pursuant to Code § 17.1-410(A)(3) and (B) (160096)

5. Traer Ramon Tisdale
   v. Commonwealth of Virginia
   Record No. 2138-14-1
   Opinion rendered by Judge O'Brien
     on November 17, 2015
   Refused (151879)